No. 05–7060.  SOAPES v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 05–7077.  INMAN v. SOARES, MANAGER, BRUSH CORRECTIONAL FACILITY, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 05–7078.  GONZALEZ-BARAJAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7080.  FRANCIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7081.  GIANAKOS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7082.  HARRIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–7083.  GARDNER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7084.  HARRIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7086.  DA VANG v. HOOVER, JUDGE, COURT OF APPEALS OF WISCONSIN, DISTRICT III.  Sup. Ct. Wis.  Certiorari denied.

No. 05–7087.  WALKER v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 05–7088.  TERRY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7090.  VALENCIA-AMAYA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–7094.  MARION v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7095.  HICKMAN v. OHIO.  Ct. App. Ohio, Stark County.  Certiorari denied.

No. 05–7097.  ASHWORTH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.